IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN PHILLIP BRYANT,

      Petitioner,

v.                                Case No.  5D18-595

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 20, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

John Phillip Bryant, Wewahitchka, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 22, 2016 judgment and sentence rendered in Case No. 2012-CF-32675-A, in the Circuit Court in and for Brevard County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

PALMER, WALLIS and EISNAUGLE, JJ., concur.